UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN STEMMELIN

Plaintiff(s)

v.

MATTERPORT, INC., et al.

Defendant(s).

Case No. CV20-04168-NC

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 7/9/2020

NAME: J. Jason Hill, Esq.

COUNSEL FOR (OR "PRO SE"): Plaintiff John Stemmelin

s/J. Jason Hill
*Signature*

# PROOF OF SERVICE

*Stemmelin v. Matterport, Inc.*

**U.S.D.C. Case No. 20-CV-04168-NC**

I, Karla Sousa, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, California 92101.

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with United States Postal Service; and that the correspondence shall be deposited with United States Postal Service this same day in the ordinary course of business.

On July 9, 2020, I instituted service of the following document(s) described as:

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

on the following parties:

**Counsel for Defendant**
Jon P. Kardassakis, Esq.
Michael K. Johnson, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104

I then caused service of each document in the manner described below:

**[XX] BY MAIL**: I placed each for deposit in the United States Postal Service this same day, at my business address shown above, following ordinary business practices.

**[XX] FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed on July 9, 2020, at San Diego, California.

_____
Karla Sousa