UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEMMELIN,<br><br>        Plaintiff,<br><br>  v.<br><br>MATTERPORT, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-04168-WHA (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 71, 77, 78, 80, 83, 85, 87, 88, 91, 93, 96 |

For the reasons stated on the record during the hearing today, the Court terminates the joint discovery letter briefs at ECF Nos. 71, 77, 78, 80, 83, 85, 87, 88, 91, 93, 96.

**IT IS SO ORDERED.**

Dated: December 17, 2021

THOMAS S. HIXSON
United States Magistrate Judge