# EXHIBIT 5

Page 1

```
                    UNITED STATES DISTRICT COURT
                            for the
                    Northern District of California


    John Stemmelin, on behalf of        )
    himself and all others              )
                                        )
                                        )
                         PLAINTIFF,     )
                                        )
                                        )
                                        ) Civil Action No.
                V.                      ) 3:20-cv-04168-WHA
                                        )
    Matterport, Inc.,                   )
    a Delaware Corp., et al.            )
                                        )
                                        )
                         DEFENDANTS.    )
```

Sibyl Chen called by the Defendant for examination,

taken pursuant to the Federal Rules of Civil

Procedure of the United States District Courts

pertaining to the taking of depositions before

Lindsay Welbers , a notary public within and

for the County of Cook and State of Illinois, on

the 19th day of November, 2021, at the hour of 4 p.m. cdt.

              REPORTED BY: LINDSAY WELBERS

           STATE OF ILLINOIS Notary ID: 911623

2
```
 1     APPEARANCES VIA ZOOM:
 2
           ZIMMERMAN LAW OFFICE
 3         BY: MS. SHARON HARRIS
           BY: MR. THOMAS A. ZIMMERMAN, JR.
 4         77 West Washington, Suite 1200
           Chicago, Illinois 60602
 5         (312) 440-0020
           Tom@attorneyzim.com
 6         Appeared on behalf of the Plaintiff;
 7
           LEWIS BRISBOIS, BISGAARD & SMITH
 8         BY: MR. MICHAEL K. JOHNSON
           2185 N. California Blvd., Suite 300
 9         Walnut Creek, California  94596
           (925) 357-3456
10         Michael.johnson@lewisbrisbois.com
           Appeared on behalf of the Defendant.
11
12     ALSO PRESENT:
13         COHELAN KHOURY & SINGER
           BY: JASON HILL
14         605 C Street, Suite 200
           San Diego, California 92101
15         (619)595-3001
           jhill@ckslaw.com
16
17                    I N D E X
18
19
       WITNESS:                                 PAGE
20
       SIBYL CHEN
21
           Examination by Ms. Harris              4
22
23
24
```

Page 8
1  original CEO of Matterport. He is my, he was my first boss at
2  Matterport before I reported to Linda Itskovitz. And so the
3  only other person that I notified that I had been served was
4  Linda Itskovitz, and it was just informative, just to let them
5  know.
6       SHARON HARRIS: And did you talk to Matt Bell over
7  the telephone or was it an email?
8       SYBIL CHEN: It was a quick call, it was like a two
9  minute call letting him know.
10       SHARON HARRIS: What did he tell you about it?
11       SYBIL CHEN: He advised that I should contact Judy
12  Audison and then the following morning, Judy, I guess, or
13  Michael reached out. So I think Matt and Ben contacted Judy
14  before I could reach out and therefore I have heard from
15  Matterport counsel before I even had an opportunity to reach
16  out. That was what I wanted to know, which is what should I
17  do? And it became apparent very quickly.
18       SHARON HARRIS: And you said you also spoke with
19  Linda Itskovitz regarding the notice of subpoena dep,
20  deposition?
21       SYBIL CHEN: Yes, I let her know that I was served.
22       SHARON HARRIS: And what did she tell you?
23       SYBIL CHEN: She let me know she was also served.
24       SHARON HARRIS: And did she, did you learn anything

Page 9
1  from her that you didn't already know?
2       SYBIL CHEN: We have not discussed the case besides
3  talking about, I said I was trying, it was very early. It was
4  right after I had been served, I believe and I was just
5  letting her know that I plan on working with Michael. And that
6  was the nature of our call.
7       SHARON HARRIS: And did she say she was going to do
8  the same?
9       SYBIL CHEN: Well, I think she was contemplating, she
10  said something to the effect of she was going to come chat
11  with her, with a, her friend or something to find out. I think
12  she's trying to figure it out.
13       SHARON HARRIS: And did you review any documents in
14  preparation for today?
15       SYBIL CHEN: I reviewed the document that was shared
16  with me, the one that was served to me, the amended version
17  that was emailed to me by Michael Johnson.
18       SHARON HARRIS: And you're referring to the notice of
19  subpoena deposition - -
20       SYBIL CHEN: Correct.
21       SHARON HARRIS: And it noted that's set up for today?
22       SYBIL CHEN: Correct.
23       SHARON HARRIS: And did you look at the rider to the
24  deposition subpoena that was seeking documents?

Page 10
1       SYBIL CHEN: Yes.
2       SHARON HARRIS: And did you look for those documents?
3       SYBIL CHEN: I have zero documents, since the time
4  that I left Matterport. I have no documents in my possession.
5  So it made it easy to, I did a quick search on my Google Drive
6  and it turns out, it confirmed what I knew before which is I
7  left Matterport without any documents, as is common practice
8  not to leave your employer with documents. So...
9       SHARON HARRIS: Did you go to college?
10       SYBIL CHEN: I did.
11       SHARON HARRIS: Where did you go and did you
12  graduate?
13       SYBIL CHEN: Yes. I went to the University of
14  California Berkeley and I graduated with a bachelor's.
15       SHARON HARRIS: In what year was that?
16       SYBIL CHEN: 2001.
17       SHARON HARRIS: Do you have any other degrees?
18       SYBIL CHEN: I do, I also went to Johns Hopkins
19  University for a master's degree in international relations.
20       SHARON HARRIS: And what year did you get that
21  degree?
22       SYBIL CHEN: 2004.
23       ==SHARON HARRIS: And what year did you first start==
24  ==working for Matterport?==

Page 11
1       ==SYBIL CHEN: I started working for Matterport in,==
2  ==gosh it was 2000... If you give me two seconds, I can pull it==
3  ==up on my LinkedIn profile and give you an exact year and be==
4  ==very precise. I started at Matterport in August of 2015.==
5       ==SHARON HARRIS: And what was your job title when you==
6  ==first started working for Matterport? What were you hired as?==
7       ==SYBIL CHEN: I was originally hired as one of two==
8  ==hires to build out the entertainment media division for==
9  ==Matterport and the title was something to the effect of senior==
10  ==manager. And then ultimately, if you looked on my LinkedIn==
11  ==profile I ultimately was the director of partner development==
12  ==and marketing. But originally, I was, I believe, a senior==
13  ==manager for the entertainment media division.==
14       ==SHARON HARRIS: Yes I did look at your LinkedIn==
15  ==resume and it said you were a director of partner development==
16  ==and marketing. Is that correct?==
17       ==SYBIL CHEN: Yes, correct. That was the title that I==
18  ==ended up having, my, yeah, for the majority of my time there.==
19       ==SHARON HARRIS: And when did you leave Matterport?==
20       ==SYBIL CHEN: August 2018.==
21       SHARON HARRIS: And why did you leave Matterport?
22       MICHAEL JOHNSON: Objection, calls for personal and
23  private information, and it's not relevant to the case.
24       SYBIL CHEN: I left, I was looking to make a career

Page 12

1  change and wanted to take some time off. So I traveled for a
2  little while.
3      SHARON HARRIS:  So you resigned from your position in
4  2018?
5      SYBIL CHEN:  Yes.
6      SHARON HARRIS:  Can you describe what your job duties
7  were when you worked for Matterport?
8      MICHAEL JOHNSON:  Objection, the question is
9  overbroad. You can answer it.
10     SHARON HARRIS:  I was hired to initially help build
11 out the entertainment and media division. That role, that
12 division ended up winding down and then I ended up working in
13 marketing team, during which I spent a majority of my time
14 focusing on PR, content marketing, and video content creation.
15     SHARON HARRIS:  Did you have any responsibility for
16 supervising other employees?
17     SYBIL CHEN:  For the most part, no, not untill about
18 the last four months or so that I was at Matterport and then
19 at that point, I did supervise one person who was the event
20 marketing person at Matterport.
21     SHARON HARRIS:  What was that person's name?
22     SYBIL CHEN:  Allison Xuereb.
23     SHARON HARRIS:  How do you spell her last name?
24     SYBIL CHEN:  X-U-E-R-E-B.

Page 13

1      SHARON HARRIS:  I'm sorry, one more time, please.
2      SYBIL CHEN:  X as in xylophone, U-E-R-E-B.
3      SHARON HARRIS:  Thank you. And what was her job
4  title?
5      SYBIL CHEN:  She was the event marketing manager, to
6  the best of my recollection.
7      SHARON HARRIS:  While you were at Matterport did you
8  work with Linda Itskovitz?
9      SYBIL CHEN:  I did. She was my boss.
10     SHARON HARRIS:  Did you report to anyone else?
11     SYBIL CHEN:  Yes, I had five bosses while I was at
12 Matterport.
13     SHARON HARRIS:  Can you list them for me? And if you
14 could tell me their titles.
15     SYBIL CHEN:  I worked for Matt Bell, CEO. I worked
16 for Linda Itskovitz, VP marketing. I worked for Bill Brown,
17 CEO. I worked for Chris Bell, CMO. Yeah, actually four, four
18 bosses.
19     SHARON HARRIS:  Did you have any role in the
20 advertising and marketing of the Matterport Pro Cameras, the
21 cloud services, or the Matterport Service Partner Program?
22     MICHAEL JOHNSON:  Objection, compound.
23     SYBIL CHEN:  I had a hand in creating promotional
24 video for the camera, which was used to promote the camera to

Page 14

1  all customers, not only to MSPs. So it was not, it was not
2  specific to MSPs, no.
3      SHARON HARRIS:  And you said it was promotional video
4  for Matterport camera. Do you recall which camera?
5      SYBIL CHEN:  It was the first promo video that I
6  recall that Matterport ever had that was promoting the
7  original Matterport camera. Subsequently we also, I also
8  produced the video that was promoting the Matterport Pro2.
9      SHARON HARRIS:  Any other videos that you produced
10 while you were there at Matterport?
11     SYBIL CHEN:  There were 10 or so how-to videos. They
12 were technical in nature and they were stuff like how to turn
13 on the camera, how to edit the, a scan, how to upload your
14 scan, how to share a scan, that kind of stuff. So there was a
15 series of about 10 videos that we released to YouTube.
16     SHARON HARRIS:  Were they very long videos?
17     SYBIL CHEN:  There were two minute or so on average,
18 based on my recollection.
19     SHARON HARRIS:  Did you have any other
20 responsibilities or duties with respect to the MSP program?
21     MICHAEL JOHNSON:  Objection, question assumes facts,
22 it's argumentative.
23     SYBIL CHEN:  Responsibilities as pertains to MSP, my
24 responsibilities were not at all specific to the MSP program.

Page 15

1  My role was to, the majority of my time at Matterport was on
2  the marketing team and it was generalized to general content
3  marketing, as it pertained to all customers. I was never
4  focused on MSP. So I would say I also managed, I focused a lot
5  of time on PR, so I manage the PR firm on retainer, so, but it
6  was not specific to MSP, no.
7      SHARON HARRIS:  Just so I understand, it it fair to
8  say that your marketing was mainly focused on the cameras?
9      SYBIL CHEN:  It was, so marketing for any company, is
10 you're often marketing your product to a specific customer
11 segment. So I was marketing the camera, our main product, to
12 all customer segments. So yeah, if that clarifies. So I'm
13 making the statement that it was not specific to any one
14 customer segment. Sometimes I create content specific to
15 certain customer segments. But it was generally, most of the
16 time it was general to all customers.
17     SHARON HARRIS:  So you don't recall ever making
18 anything specifically just for the MSP program.
19     SYBIL CHEN:  For the MSP program, part of the content
20 marketing that I might have done that would have been specific
21 to MSP might have been blog content.
22     SHARON HARRIS:  Okay. And how would you describe that
23 blog content? And I'll start with that, first. How would you
24 describe that blog content?

Page 20

1  SYBIL CHEN: While you're doing that, I'm going to
2  put a box under my computer so it's more elevated so I don't
3  have to crouch, I can have my computer at my eye level.
4  SHARON HARRIS: All right, you guys are ready?
5  SYBIL CHEN: Yes.
6  SHARON HARRIS: Is there anyone else in the room with
7  you right now?
8  SYBIL CHEN: No, the babysitter was moving with my
9  daughter and there's no one else in the room.
10  SHARON HARRIS: Who was in charge of the Facebook
11  Matterport Official User Group page?
12  SYBIL CHEN: I guess you could say I was, since I
13  created it, I was tasked with creating a forum. And that was,
14  I opted to do on Facebook.
15  SHARON HARRIS: Why did you decide to create the
16  Matterport Official User Group page on Facebook?
17  SYBIL CHEN: Why did I select that social media
18  channel? Because the majority of Americans have a profile. So
19  it's just easier to reach a broader audience.
20  SHARON HARRIS: My question was more like why did you
21  decide to create such a page to begin with? Not that why, not,
22  in general why did you decide to do that?
23  SYBIL CHEN: The company, as I understood it, felt
24  that it would be beneficial to have our customers across all

Page 21

1  industries and segments, be able to connect with one another,
2  share ideas, share their scans that they're proud of, and just
3  create a sense of community, which is not unusual for most
4  companies that have a lot of customers.
5  SHARON HARRIS: And so some of the people on that
6  Facebook page were Matterport service partners, correct?
7  SYBIL CHEN: Correct.
8  SHARON HARRIS: So you would respond to Matterport
9  service partners when they posted on that Facebook page?
10  SYBIL CHEN: Correct.
11  COURT REPORTER: Sorry, would you repeat that?
12  SYBIL CHEN: Correct.
13  COURT REPORTER: Thank you.
14  SHARON HARRIS: Did you use any other social media in
15  your position at Matterport?
16  SYBIL CHEN: To communicate on behalf of the company?
17  SHARON HARRIS: Yes.
18  SYBIL CHEN: The social media channels are managed by
19  someone else in the marketing team if I recall. So really my
20  primary concern and our responsibility was to manage, to
21  manage, at least within the social media realm it was
22  Facebook. So I don't recall using other social channels. We
23  might have posted an occasional announcement to LinkedIn but I
24  don't recall using LinkedIn often and beyond that, those must

Page 22

1  have been the two primary channels.
2  SHARON HARRIS: Okay, I would like to mark an
3  exhibit. I'm going to share my screen and I'd like to mark
4  this as Exhibit 1. Let's see if this works. Let me pull up the
5  document. I thought it would still be open. There it is. I'd
6  like to mark, this will be Exhibit 1 and I will email it
7  around after the deposition. So this is a screenshot of
8  matterport.com from the Wayback Machine taken on April 19th,
9  2017. Does this look familiar to you?
10  MICHAEL JOHNSON: Can you scroll through the whole
11  document so that I can see what it is and how many pages it
12  is.
13  SYBIL CHEN: So I was not, I don't believe I was on
14  the marketing team in April of 20, what year did you say?
15  2017?
16  SHARON HARRIS: April 19th, 2017.
17  SYBIL CHEN: Let me think when I transitioned? I - -
18  SHARON HARRIS: So you started in August of 2015.
19  SYBIL CHEN: So, after working for Matt Bell, I think
20  it must have been, in 2016 I think I was, I don't recall when
21  Matt left Matterport but I worked for Matt until his last day
22  at Matterport. And so whatever that last day was, I continued
23  to work on building out Matterport Gallery. So I've focused on
24  that for some time before making the full transition to

Page 23

1  working for Linda. So I don't, I'm not sure. Maybe, maybe I
2  was working on the marketing team, but it might have, it must
3  have been right around that time. But I don't remember seeing
4  the page.
5  SHARON HARRIS: Do you remember when you started the
6  Matterport Official User Group page on Facebook?
7  SYBIL CHEN: I don't but if you look at news, you'll
8  find out. Whatever the first date is, is the first, is the
9  date that it was created.
10  SHARON HARRIS: Give me just a second. So I have a
11  ==post from Matterport Users Group by you on September 20th,==
12  ==2017. It says as of today, Matterport has started an official==
13  ==Facebook Matterport Official User Group.==
14  ==SYBIL CHEN: Yeah, that would be it.==
15  SHARON HARRIS: Does that sound right?
16  SYBIL CHEN: That sounds right.
17  SHARON HARRIS: So prior to that date, though, have
18  you been commenting on the Matterport user group page on
19  Facebook?
20  SYBIL CHEN: Sorry, the Matterport user group, there
21  are many user groups that are tied to Matterport the MSP
22  created so do you mean the Matterport Official User Group?
23  SHARON HARRIS: No there's one that's just called
24  Matterport User Group.

Page 32

1  meeting of the board of directors?
2      SYBIL CHEN: No, usually no. If she used anything,
3  yeah, she never asked me to, I don't recall her asking me to
4  provide her any information to use for, use for the board of
5  directors. That's not to say that she might not have used
6  stuff that we had talked about in a meeting. But I don't, she
7  never asked me for any material.
8      SHARON HARRIS: Have you ever heard anyone at
9  Matterport mention a pilot project in San Francisco called
10 Lions, Tigers and Bears?
11     SYBIL CHEN: Lions, Tigers and Bears. I have not
12 heard of a pilot called Lions, Tigers and Bears.
13     SHARON HARRIS: Have you heard of any 3D scan pilot
14 project by Matterport in San Francisco?
15     SYBIL CHEN: I've heard of a pilot project, I was not
16 aware that it was based in San Francisco.
17     SHARON HARRIS: When Matterport announced the pilot,
18 there was so much of the backlash by MSPs that Matterport
19 announced within a matter of days, they were withdrawing it,
20 is that correct?
21     SYBIL CHEN: Sorry, say that one more time.
22     SHARON HARRIS: Court Reporter If you read it back.
23     COURT REPORTER: When Matterport announced the pilot,
24 there was so much backlash by MSPs that Matterport announced

Page 33

1  within a matter of days that they were withdrawing it, is that
2  correct?
3      SYBIL CHEN: I don't know. That was not, I recall
4  there being a pilot, I was not involved in the pilot in any
5  way, shape or form. So I don't recall there, I don't recall
6  there being a backlash, also, because I was in the dark about
7  what the pilot was or when it was happening or where it was
8  happening. So I don't remember a backlash.
9      SHARON HARRIS: So you don't remember what the pilot
10 project was about?
11     SYBIL CHEN: I have a vague recollection of what the
12 pilot was about. But I do not have any specifics. Because I
13 was not involved in the pilot, in any way, shape, or form.
14     SHARON HARRIS: And what was your vague recollection
15 of what the pilot was?
16     SYBIL CHEN: The pilot was to understand if
17 Matterport could potentially democratize scanning services.
18 They wanted to test out what that might look like, what
19 mechanisms would have to be in place to help democratize 3D
20 scanning. And beyond that, I don't know what they were
21 actually doing to make that happen.
22     SHARON HARRIS: Okay, I want to take a break right
23 now and go over my notes. So can we go off the record please?
24     MICHAEL JOHNSON: Ready to go.

Page 34

1      SHARON HARRIS: Okay, we're ready.
2      COURT REPORTER: On the record.
3      SHARON HARRIS: Ms. Chen, I just have one question
4  about the pilot program we were just discussing. You said that
5  you're trying to democratize and I just want to know what you
6  meant by democratize.
7      SYBIL CHEN: Well, I meant, I would define
8  democratize as kind of scaling the business, making it easy
9  for anyone to access scanning services.
10     SHARON HARRIS: So you mean, okay, so anyone could
11 use the scanning services, is that what you mean?
12     SYBIL CHEN: I mean it in the, I'm trying to give a
13 definition that, to kind of make it as clear and simple as
14 possible. So I mean it in the sense that it's usually used
15 like to help proliferate a product to help scale it to make it
16 easier to use, access.
17     SHARON HARRIS: Okay. I have no further questions.
18     MICHAEL JOHNSON: I have no questions. Sybil, thank
19 you. Before we go off the record, I do want to designate this
20 deposition as confidential under the protective order. With
21 the caveat that if plaintiff's counsel wants to use any part
22 of his testimony in support of their motion, I'm more than
23 happy to refer in advance to the designated as confidential.
24 To make it as easy as possible because finding documents that

Page 35

1  are sealed is very difficult.
2      SHARON HARRIS: Thank you for your time, Miss Chen.
3      SYBIL CHEN: Thank you.
4      TOM ZIMMERMAN: We're gonna order, Jason Hill is
5  going to take care of ordering, Jason's firm is, so.
6      COURT REPORTER: So yes, for you, Mr. Zimmerman. Yes,
7  for you, Mr. Hill.
8      MICHAEL JOHNSON: No, we're together, we're together.
9  We both represent the plaintiff. Jason Hill is going to order
10 for - -
11     JASON HILL: So for the reporter, please send an
12 invoice to my firm to J Hill. At C-K-S-L-A-W law dot com. C
13 is in cat, K as in kite, S as in Sam, law dot com. And then
14 also please, for the same invoice, please send to B Valdez,
15 Bridgette Valdez. So it's a B and then Valdez, V-A-L-D-E-Z at
16 CKSLaw.com, same email domain. And then we would probably want
17 this expedited. And please do that for us. And then we will,
18 once we get the invoice we will get payment to you.
19     COURT REPORTER: Alright, when you say expedited, do
20 you have a date in mind?
21     JASON HILL: Well, we have a certification motion on
22 the 22nd or 23rd of December. So you know, we would like to
23 have the testimony transcribed hopefully by the next week or
24 so.