# EXHIBIT 90

**Matterport** (https://support.matterport.com/s/)

## Need Some Help?

ENGLISH (US) ⌄

ASK A QUESTION

Search

Help Center (https://support.matterport.com/s/)   >   MSP Program Update

MSP Program Update
Last updated Sep 22, 2021 8:40:41 AM

As the gold standard of spatial data capture, Matterport is powering the digital transformation of the built world made up of literally billions of spaces globally. We believe the Matterport digital twin will fundamentally change the way we interact with buildings and the physical world around us.

It's a bold intention that requires us to make 3D capture accessible to all. This year, we made it easier for more people to create and share digital twins with compatible 360 cameras (https://matterport.com/matterport-news/matterport-unveils-new-cloud-platform-unlocking-ubiquitous-access-3d-technology/). We've also announced our intention to turn smartphones into 3D capture devices (https://matterport.com/matterport-news/matterport-announces-ai-capabilities-will-turn-smartphones-3d-capture-devices/).

The community has raised valid questions following these announcements. Just as smartphones have not replaced professional photography, we see the demand for high-fidelity, professional scans continuing to rise among businesses and consumers. Therefore, we are working with MSPs and customers across industries to explore more efficient ways to support the growth we foresee for scanning services. We will update the community with new developments in early 2020.

Know that Matterport will continue to operate the MSP Program as it does today, however, we will **no longer accept new applications effective Wednesday, November 27, 2019 at 6:00 pm PS**T.

MSP@matterport.com (mailto:MSP@matterport.com)

Was this article helpful?   YES   NO

Have more questions?   SUBMIT A REQUEST (HTTPS://SUPPORT.MATTERPORT.COM/S/CONTACTSUPPORT)

### Recently Published

Scanning Empty & Repetitive Spaces (https://support.matterport.com/s/articledetail/?language=en_US&ardId=kA05d000001DWyJCAW)

### Popular

Scanning Empty & Repetitive Spaces (https://support.matterport.com/s/articledetail/?language=en_US&ardId=kA05d000001DWyJCAW)

Trial Exhibit 106