# EXHIBIT C



# Records Retention and Protection Policy

| | |
|---|---|
| **Document Ref.** | **GDPR-DOC-04-1** |
| **Version:** | **1.4** |
| **Dated:** | **11/3/19** |
| **Document Author:** | **Simon Wynn** |
| **Document Owner:** | **Simon Wynn** |

**Matterport_ESI_Prod_006239**

Records Retention and Protection Policy

**Revision History**

| Version | Date | Revision Author | Summary of Changes |
|---------|------|-----------------|--------------------|
| 0.9 | 3/20/18 | Simon Wynn | Draft Version |
| 1.0 | 4/9/18 | Simon Wynn | Added HR Info |
| 1.1 | 5/3/18 | Simon Wynn | Updated retention periods |
| 1.2 | 5/9/18 | Simon Wynn | Release version |
| 1.3 | 5/21/18 | Simon Wynn | Formatted for US letter |
| 1.4 | 1/11/19 | Simon Wynn | Annual updates |

**Distribution**

| Name | Title |
|------|-------|
| Simon Wynn | SVP, Software Engineering, Head of Privacy |
| Ameet Patel | Director of Cloud Engineering |
| William Che | Head of IT |
| Judi Otteson | General Counsel |

**Approval**

| Name | Position | Signature | Date |
|------|----------|-----------|------|
| Simon Wynn | SVP, Software Engineering, Head of Privacy | | 11/3/19 |

Matterport_ESI_Prod_006240

Records Retention and Protection Policy

## Contents

1    INTRODUCTION .................................................................................................................... 3

2    RECORDS RETENTION AND PROTECTION POLICY ..................................................... 3

   2.1    GENERAL PRINCIPLES .............................................................................................. 3
   2.2    RECORD TYPES AND GUIDELINES ........................................................................... 4
   2.3    USE OF CRYPTOGRAPHY ........................................................................................... 7
   2.4    MEDIA SELECTION ................................................................................................... 7
   2.5    RECORD RETRIEVAL ................................................................................................ 7
   2.6    RECORD DESTRUCTION ............................................................................................ 7
   2.7    RECORD REVIEW ..................................................................................................... 8

## List of Tables

TABLE 1 – RECORD TYPES AND RETENTION PERIODS ............................................................ 6

Matterport_ESI_Prod_006241

# 1  Introduction

In its everyday business operations Matterport collects and stores records of many types and in a variety of different formats. The relative importance and sensitivity of these records also varies and is subject to the organization's security classification scheme, as documented in the *Matterport Information Security Policy*.

It is important that these records are protected from loss, destruction, falsification, unauthorized access and unauthorized release and a range of controls are used to ensure this, including backups, access control and encryption.

Matterport also has a responsibility to ensure that it complies with all relevant legal, regulatory and contractual requirements in the collection, storage, retrieval and destruction of records. Of particular relevance is the European Union General Data Protection Regulation (GDPR) and its requirements concerning the storage and processing of personal data.

This control applies to all systems, people and processes that constitute the organization's information systems, including employees, suppliers and other third parties who have access to Matterport systems.

The following documents are relevant to this policy:

- *Data Protection Policy*
- *Organization-wide Personal Data Inventory*

# 2  Records Retention and Protection Policy

This policy begins by establishing the main principles that must be adopted when considering record retention and protection. It then sets out the types of records held by Matterport and their general requirements before discussing record protection, destruction and management.

## 2.1  General Principles

There are a number of key general principles that must be adopted when considering a record retention and protection policy. These are:

- Records must be held in compliance with all applicable legal, regulatory and contractual requirements
- Records must not be held for any longer than required
- The protection of records in terms of their confidentiality, integrity and availability must be in accordance with their security classification
- Records must remain retrievable in line with business requirements at all times

Matterport_ESI_Prod_006242

- Where appropriate, records containing personal data must be subject as soon as possible to techniques that prevent the identification of a living individual

## 2.2    Record Types and Guidelines

In order to assist with the definition of guidelines for record retention and protection, records held by Matterport are grouped into the categories listed in the table on the following pages. For each of these categories, the required or recommended retention period and allowable storage media are also given, together with a reason for the recommendation or requirement.

Note that these are guidelines only and there may be specific circumstances where records need to be kept for a longer or shorter period of time. This should be decided on a case by case basis as part of the design of the information security elements of new or significantly changed processes and services.

Further information about records held by the organization, including their security classifications and owners can be found in the *Organization-wide Personal Data Inventory*.

Matterport_ESI_Prod_006243

Records Retention and Protection Policy

| Record Category | Description | Retention Period | Reason for Retention Period | Allowable Storage Media |
|---|---|---|---|---|
| Accounting | Invoices, purchase orders, accounts and other historical financial records | Minimum of 7 years | IRS and future SOX compliance requirement | Electronic only – paper records must be scanned and stored in Box |
| Budgeting and Forecasting | Forward-looking financial estimates and plans | Minimum of 7 years | Future SOX compliance requirement | Electronic |
| System Transaction Logs | Web and app server logs | 90 days | Information Security Policy | Electronic |
| Audit Logs | Security logs e.g. records of logon/logoff and permission changes, API access via AWS Cloud Trail | Minimum of 7 years | Low cost robust storage in AWS enables these to be kept indefinitely | Electronic – AWS S3 |
| Operational Procedures | Records associated with the completion of operational procedures in the form of Jira tickets and Confluence pages | Minimum of 7 years | No business reason to delete records | Electronic |
| Customer Data | Personal data, including customer names, addresses, order history, but excluding 3D Models/raw scan images | Up to 10 years | Customer may be inactive for a long period of time, but may still require access or make future purchases. IRS and future SOX compliance requirement | Electronic |
| 3D Model data | 3D model data, including raw image data and final processed models | Indefinite | Ongoing internal use as defined in the *Matterport Cloud Services Agreement* | Electronic |
| Human resources | See document *Matterport HR Data Retention Policy* | | | Electronic |

Matterport_ESI_Prod_006244

Records Retention and Protection Policy

| Contractual | Legal contracts, eases | 7 years after contract end | Maximum period within which dispute might occur | Electronic only – paper records must be scanned and stored in Box |
|---|---|---|---|---|
| Employee email and personal computer files | Employee email, local files, files stored in cloud storage and computer profiles | 1 year after employee termination | Matterport internal policy | Electronic offline storage (DLT) |

*Table 1 - Record types and retention periods*

Matterport_ESI_Prod_006245

Records Retention and Protection Policy

## 2.3  Use of Cryptography

Where appropriate to the classification of information and the storage medium, cryptographic techniques must be used to ensure the confidentiality and integrity of records. Care must be taken to ensure that encryption keys used to encrypt records are securely stored for the life of the relevant records and comply with the organization's policy on cryptography.

Matterport's internal controls require all data at rest be encrypted, regardless of data classification.

## 2.4  Media Selection

The choice of long term storage media must take into account the physical characteristics of the medium and the length of time it will be in use.

Where records are legally (or practically) required to be stored on paper, adequate precautions must be taken to ensure that environmental conditions remain suitable for the type of paper used. Where possible, backup copies of such records should be taken by methods such as scanning. An approved document storage provider should be used.

For records stored on electronic media such as tape, similar precautions must be taken to ensure the longevity of the materials, including correct storage and copying onto more robust media if necessary. The ability to read the contents of the particular tape (or other similar media) format must be maintained by the keeping of a device capable of processing it.

Records are also stored electronically using cloud storage vendor Box, Google Drive, and in AWS S3.

## 2.5  Record Retrieval

The choice and maintenance of record storage techniques must ensure that records can be retrieved in a usable format within an acceptable period of time. An appropriate balance should be struck between the cost of storage and the speed of retrieval so that the most likely circumstances are adequately catered for.

## 2.6  Record Destruction

Once records have reached the end of their life according to the defined policy, they must be securely destroyed in a manner that ensures that they can no longer be used. The destruction procedure must allow for the correct recording of the details of disposal which should be retained as evidence. The *Matterport Information Security Policy* includes detailed data destruction policies and instructions.

Matterport_ESI_Prod_006246

Records Retention and Protection Policy

## 2.7   Record Review

The retention and storage of records must be subject to a regular review process carried out under the guidance of management to ensure that:

- The policy on records retention and protection remains valid
- Records are being retained according to the policy
- Records are being securely disposed of when no longer required
- Legal, regulatory and contractual requirements are being fulfilled
- Processes for record retrieval are meeting business requirements

Matterport_ESI_Prod_006247