# EXHIBIT F

```
         IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION

JOHN STEMMELIN, on behalf   )
of himself and all other    )
persons similarly           )
situated,                   )
                            )
                            )
Plaintiff,                  )   No. 3:20-cv-04168-WHA
                            )
      vs.                   )
                            )
MATTERPORT, INC., a         )
Delaware corporation; RJ    )
PITTMAN; DAVE GAUSEBECK;    )
MATT BELL; CARLOS KOKRON;   )
PETER HEBERT; JASON         )
KRIKORIAN; and MIKE         )
GUSTAFSON,                  )
                            )
                            )
Defendants.                 )
```

         The deposition of WILLIAM CHE,

 called for examination pursuant to Federal Rules of

 Civil Procedure 30(b)(6) for the United States

 District Courts pertaining to the taking of

 depositions, taken before Dahlia Rivera Fazioli, a

 notary public within and for the County of Cook and

 State of Illinois,via Zoom webconference, on the

 1st day of December, 2021, at the hour of

 1:00 o'clock p.m., central standard time.


 Dahlia Rivera Fazioli, CSR, License No:  084-1579

```
 1         Q.    I'm going to share my screen with you
 2   again, and share another document in just a second.
 3              MS. HARRIS:  So I'd like to mark this as
 4   Exhibit -- are we on 16?
 5              THE COURT REPORTER:  Yes.
 6              MS. HARRIS:  Thank you.
 7                     (Whereupon, CHE Deposition
 8                      Exhibit No. 16 was marked for
 9                      identification.)
10   BY MS. HARRIS:
11         Q.    So Exhibit 16 is exhibit -- was
12   Exhibit A to our joint discovery letter seven that
13   was filed in this case, and it lists Matterport
14   employees, their names, title is one column, job
15   description, plaintiff's position, defendant's
16   position.  Do you see that?
17         A.    I do see it.
18         Q.    Okay.  And then just certain of these
19   Matterport -- it says ESI data is not available for
20   this former employee.
21              Do you see that?  I don't know
22   how to a pronounce that name, Gatika Aurora.
23   (Phonetic.)
24              Brian Frisbee, it says ESI data
```

```
 1    is not available for this former employee.
 2    (Phonetic.)
 3                    Paul Grasshoff, Andy Leventhal,
 4    and Jordan Yount.  Matterport says ESI data is not
 5    available for this former employee.
 6                    So my question to you is, did you
 7    search for these employees' ESI data?
 8        A.    We -- I searched for the availability of
 9    the contact.  We did not do the actual search.
10    That was done by Lighthouse.
11        Q.    So what information did you give to
12    Lighthouse for them to conduct the search?
13        A.    We provided Lighthouse access, admin
14    access, to our Google Suite environment so they can
15    perform the search.
16        Q.    And Lighthouse came back and told you
17    that the information was deleted from the G Suite
18    environment for those former employees that I
19    showed you; is that correct?
20        A.    Lighthouse did not indicate if the
21    contact was deleted, but they -- they just
22    performed a search.  They didn't provide any
23    information, either they were available or not.
24        Q.    If it wasn't available, doesn't that
```

1    mean it was deleted?
2         A.    I would agree, yes.  If it was not
3    available from the Google search, then that means
4    the account was not in the Google Suite.
5         Q.    And do you know what the company's
6    procedure is with regard to litigation holds?
7         A.    Yes.
8               MR. JOHNSON:  Objection to the question.
9    Exceeds the scope of the deposition notice topic.
10   BY MS. HARRIS:
11        Q.    Do you know if there was a litigation
12   hold in place regarding Stemmelin's -- this case,
13   Stemmelin's lawsuit or George Kenner's lawsuit
14   against Matterport?
15        A.    Yes.
16        Q.    Do you know the extent -- was there a
17   communication sent out to employees about the
18   litigation hold?
19        A.    Certain employees, yes.
20        Q.    Do you know how those certain employees
21   were selected to be sent the litigation hold
22   information?
23        A.    No, I do not know the selection process.
24        Q.    Do you know the names of the employees

```
 1    that were sent the litigation hold instructions?
 2         A.    I would need to confirm that, if the
 3    recipient was blind copied or not, I don't recall.
 4         Q.    Do you know when the litigation hold was
 5    implemented at Matterport?
 6         A.    I don't know off the top of my head
 7    right now, when was it first sent out.
 8         Q.    Well I guess my question is, if there
 9    was a litigation hold in place, why were these
10    employees' G Suite data deleted?
11         A.    I would need to double check.  I would
12    need to double check on certain individuals that
13    the ESI data is not available.
14         Q.    So sitting here today, you're not -- so
15    sitting here today, you don't know why the G Suite
16    data of the employees identified on Exhibit A was
17    deleted, even though there was a litigation hold in
18    place; is that correct?
19         A.    I don't know the reason right now,
20    that's right.
21         Q.    Are there any backup systems for the
22    G Suite environment that would have the G Suite
23    data that was deleted?
24         A.    We do use Code 42 to do our backups.
```

1    Q.    What's that called again?

2    A.    Code 42.

3    Q.    Is that searchable?

4    A.    I do not believe so.  It's an archive,

5  so it's a backup file, it's not a live file.

6    Q.    So is there any way to go back and

7  retrieve the data of the former employees that was

8  deleted, to your knowledge?

9    A.    No, if it's deleted off of G Suite, then

10 it's not recoverable.

11   Q.    I just want to confirm something that I

12 think you already said.

13              So Matterport hired Lighthouse to

14 search the ESI of the custodians identified by

15 Matterport, using the agreed upon search terms;

16 correct?

17   A.    Yes.

18   Q.    Okay.  I'm done with this document, so

19 I'm taking it down.

20              Next I want to ask you about

21 Zendesk.  Do you know what Zendesk is and how

22 Matterport uses it?

23   A.    Yes.

24   Q.    Can you give a brief description of what