**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
  E-Mail: Jon.Kardassakis@lewisbrisbois.com
MICHAEL K. JOHNSON, SB# 130193
  E-Mail: Michael.Johnson@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456

Attorneys for Defendants
MATTERPORT, INC., RJ PITTMAN, DAVE GAUSEBECK, MATT BELL, CARLOS KOKRON, PETER HEBERT, JASON KRIKORIAN, AND MIKE GUSTAFSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN STEMMELIN, on behalf of himself and all others personally situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATTERPORT, INC., A DELAWARE CORPORATION; RJ PITTMAN; DAVE GAUSEBECK; MATT BELL; CARLOS KOKRON; PETER HEBERT; JASON KRIKORIAN; AND MIKE GUSTAFSON,<br><br>Defendants. | Case No. 3:20-cv-04168-WHA<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUE AND EVIDENTIARY SANCTIONS FOR SPOLIATION OF EVIDENCE**<br><br>DATE: February 10, 2022<br>TIME:   10:00 a.m.<br>CTRM:  G  (by videoconference)<br>Hon. Magistrate Judge Thomas S. Hixson<br><br>Action Filed:      June 24, 2020<br>PTC Date:         August 18, 2022<br>Trial Date:        August 22, 2022 |

Please take notice that Defendants Matterport, Inc., et al., submit this Notice of Errata to Defendants' Opposition To Plaintiff's Motion For Issue And Evidentiary Sanctions For Spoliation Of Evidence ("Opposition") filed January 20, 2022 (ECF 119) in order to correct the following inadvertent errors contained in the Opposition:

In the TABLE OF CONTENTS, under section STATEMENT OF THE CASE, section E of the as-filed Opposition reads:

"E.  Plaintiff's Request for Judicial Notice of Trial Exhibits 1, 25, 46, and 47"

1   In the TABLE OF CONTENTS under section STATEMENT OF THE CASE, section E of
2   the corrected Opposition should read:

3   "E.  Plaintiff's Request for Judicial Notice of Trial Exhibits 1, 45, 46, and 47"

5   At pages 6:18, 7:3 and 7:6 (subheading), the as-filed Opposition reads:
6   "… Trial Exhibits 1, 25**,** 46, or 47 …"
7   The corrected Opposition at pages 6:18, 7:3 and 7:6 (subheading) should read:
8   "… Trial Exhibits 1, 45**,** 46, or 47 …"

10  DATE:  January 24, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP

11                                     By: _____
12                                     Jon P. Kardassakis
                                       Michael K. Johnson
13                                     Attorneys for Defendants MATTERPORT, INC.,
                                       RJ PITTMAN, DAVE GAUSEBECK, MATT
14                                     BELL, CARLOS KOKRON, PETER HEBERT,
                                       JASON KRIKORIAN, AND MIKE
15                                     GUSTAFSON



4861-2179-7642.1                     2                     Case No. 3:20-cv-04168-WHA
NOTICE OF ERRATA RE:  DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUE AND
EVIDENTIARY SANCTIONS FOR SPOLIATION OF EVIDENCE

**FEDERAL COURT PROOF OF SERVICE**
Stemmelin v. Matterport, Inc., et al.
Case No. USDC -Northern District Case No. 3:20-cv-04168-WHA

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 24, 2022, I served the following document(s):  **NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUE AND EVIDENTIARY SANCTIONS FOR SPOLIATION OF EVIDENCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 24, 2022, at Sacramento, California.

*/s/ Sandra Hayes*

Sandra Hayes

**SERVICE LIST**
*Stemmelin v. Matterport, Inc., et al.*
**Case No. USDC -Northern Disctrict Case No. 3:20-cv-04168-WHA**

| | |
|---|---|
| Timothy D. Cohelan, Esq.<br>Isam C. Khoury, Esq.<br>J. Jason Hill, Esq.<br>COHELAN KHOURY & SINGER<br>605 "C" Street, Suite 200<br>San Diego, CA 92101<br>Tel: (619) 595-3001/Fax: (619) 595-3000<br>Email: tcohelan@ckslaw.com<br>　　　　ikhoury@ckslaw.com<br>　　　　jhill@ckslaw.com<br>　　　　aworden@ckslaw.com<br>　　　　rkhoury@ckslaw.com<br>　　　　matlas@ckslaw.com | **Attorneys for Plaintiff JOHN STEMMELIN, on behalf of himself and all others similarly situated** |
| Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1200<br>Chicago, IL 60602<br>Tel: (312) 440-0020/Fax: (312) 440-4180<br>Email: tom@attorneyzim.com<br>　　　　jaci@attorneyzim.com | **Attorneys for Plaintiff JOHN STEMMELIN, on behalf of himself and all others similarly situated** |
| Sharon A. Harris, *Pro Hac Vice*<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, IL 60602<br>Tel: (312) 440-0020/Fax: (312) 440-4180<br>Email: sharon@attorneyzim.com | **Attorneys for Plaintiff JOHN STEMMELIN, on behalf of himself and all others similarly situated** |