UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN STEMMELIN,

        Plaintiff,

  v.

MATTERPORT, INC.,

        Defendant.

No. C 20-04168 WHA

**ORDER RE PURPORTED SETTLEMENT**

A court reporter has advised the undersigned that a lawyer in this case told her that this case has settled. Please be advised that until plaintiff dismisses the case formally, the case will remain on the calendar for trial on Monday and a jury will be called in. The round-about communication to a court reporter and vague statement that the case "has settled" is not good enough to take it off the calendar.

If the case has truly settled, in order to take it off the calendar, plaintiff should dismiss it with prejudice today.

**IT IS SO ORDERED.**

Dated: January 27, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE