**ZIMMERMAN LAW OFFICES, P.C.**
Thomas A. Zimmerman, Jr.
(admitted *pro hac vice*)
*tom@attorneyzim.com*
Sharon A. Harris
(admitted *pro hac vice*)
*sharon@attorneyzim.com*
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

Attorneys for Plaintiff John Stemmelin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN STEMMELIN, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTERPORT, INC.,<br><br>Defendants. | Case No. 3:20-cv-04168-WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>District Judge William H. Alsup<br><br>Class Action Complaint filed: June 24, 2020<br>First Amended Class Action Complaint filed: Feb. 11, 2021 |

IT IS HEREBY stipulated, by and between Plaintiff JOHN STEMMELIN and Defendant MATTERPORT, INC. that all claims by Plaintiff against Defendant shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiff and Defendant are to bear their own respective attorneys' fees and costs in this action.


Dated: January 27, 2023        **ZIMMERMAN LAW OFFICES, P.C.**

                               By: /s/ Thomas A. Zimmerman, Jr.
                                      Thomas A. Zimmerman, Jr.

**JAVITCH LAW OFFICE**
Mark L. Javitch, 323729
*mark@javitchlawoffice.com*
3 East 3rd Avenue, Suite 200
San Mateo, California 94401
(650) 781-8000 telephone
(650) 648-0705 facsimile

Attorneys for Plaintiff JOHN STEMMELIN

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/ Michael K. Johnson
　　　Jon P. Kardassakis
　　　Michael K. Johnson

Attorneys for Defendant MATTERPORT, INC.